Ben F. Pierce Gore (SBN 128515)
**PRATT & ASSOCIATES**
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Facsimile:  (408) 369-0752
pgore@prattattorneys.com

Larry C. Hunter (admitted *pro hac vice*)
**PROVOST UMPHREY LAW FIRM, LLP**
490 Park Street
P. O. Box 4905
Beaumont, TX 77005
Telephone: (409) 838-8856
Fascimile:  (409) 813-8627
lhunter@pulf.com

Attorneys for Plaintiff
KIM AVOY

William L. Stern (CA SBN 96105)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415) 268-7000
Fascimile:   (415) 268-7522
WStern@mofo.com

Attorneys for Defendant
TURTLE MOUNTAIN, LLC

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| KIM AVOY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TURTLE MOUNTAIN, LLC,<br><br>Defendants. | No. CV 13-0236-LHK<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION RE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S ORIGINAL COMPLAINT**<br><br>Action Filed:    January 17, 2013<br><br>Judge:  Hon. Lucy H. Koh |

# ORDER

The Court, having considered the stipulation of the Parties, and for good cause shown, orders as follows:

(1) Plaintiff shall have until June 19, 2013, to file her opposition to Defendant's Motion to Dismiss Plaintiff's Original Complaint;

(2) Defendant shall have until July 19, 2013, to file its reply.

IT IS SO ORDERED.

DATED: May 8, 2013

*Lucy H. Koh*
Lucy H. Koh
United States District Judge

[PROPOSED] ORDER ON JOINT STIPULATION RE BRIEFING SCHEDULE ON DEFENDANT'S
MOTION TO DISMISS PLAINTIFF'S ORIGINAL COMPLAINT
CASE NO. CV 13-0236 – LHK

1