UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KIM AVOY, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>TURTLE MOUNTAIN, LLC,<br><br>　　　　　　Defendant. | No. CV 13-0236-LHK<br><br>**ORDER RE: BRIEFING SCHEDULE AND DENYING AS MOOT PENDING MOTION TO DISMISS**<br><br>Complaint Filed:　January 17, 2013<br>Judge:　Hon. Lucy H. Koh |

　　Having reviewed the Parties' joint stipulation pursuant to Local Rules 6-1 and 6-2, it is hereby ordered that plaintiff shall file an amended complaint on or before June 25, 2013. Defendant shall file an answer, move or otherwise respond to the amended complaint within 30 days of service of the amended complaint.

　　This order is without prejudice to the defendant requesting from the Court additional time to respond to the amended complaint, if necessary.

　　Should defendant file a motion challenging the amended complaint, plaintiff shall file opposition papers within 30 days thereafter and defendant shall file reply papers, if any, within 14 days of the opposition.

　　　　　　Defendant's pending Motion to Dismiss (ECF No. 19) is DENIED as moot.

IT IS SO ORDERED:

Dated: June 11, 2013

　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　Lucy H. Koh
　　　　　　　　　　　　　　　　United States District Judge

1
**ORDER RE: BRIEFING SCHEDULE AND DENYING AS MOOT PENDING MOTION TO DISMISS**