


1  WILLIAM L. STERN (CA SBN 96105)
   WStern@mofo.com
2  CLAUDIA M. VETESI (CA SBN 233485)
   CVetesi@mofo.com
3  LISA A. WONGCHENKO (CA SBN 281782)
   LWongchenko@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendant
   TURTLE MOUNTAIN, LLC
8

9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13

14  KIM AVOY, on behalf of herself and all others     Case No.   CV13-0236-LHK
    similarly situated,
15                                                   **STIPULATION AND
                    Plaintiff,                       [PROPOSED] ORDER
16                                                   CONTINUING THE CASE
         v.                                          MANAGEMENT CONFERENCE**
17
    TURTLE MOUNTAIN, LLC                             CMC: July 24, 2013
18                                                   Time: 2:00 p.m.
                    Defendant.                       Judge: Hon. Lucy H. Koh
19                                                   Action Filed: January 17, 2013

20

21

22

23

24

25

26

27

28

Pursuant to Civil Local Rule 6-1, Plaintiff Kim Avoy ("Plaintiff"), on behalf of herself and all others similarly situated, and Defendant Turtle Mountain, LLC ("Defendant"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on January 17, 2013, Plaintiff filed a Class Action Complaint (the "Complaint");

WHEREAS, on May 1, 2013, Defendant filed a Motion to Dismiss the Complaint, and rather than respond to that motion, Plaintiff filed a First Amended Complaint ("FAC") on June 25, 2013;

WHEREAS, Defendant intends to file a Motion to Dismiss the FAC, which is due July 25, 2013;

WHEREAS, the initial Case Management Conference is currently scheduled for July 24, 2013; and

WHEREAS, the parties agree that in light of the soon to be filed Motion to Dismiss, the Case Management Conference should be continued to the date of the hearing on the Motion to Dismiss because, until then, it is premature to set dates for further proceedings.  Scheduling the Case Management Conference to coincide with the hearing on the Motion to Dismiss would also best serve the interest of efficiency for the parties and the Court.

IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, subject to court approval, that pursuant to Local Rule 6-1(b), the Case Management Conference shall be continued to the date of the hearing on the Motion to Dismiss.

| | | |
|---|---|---|
| 1 | Dated: July 3, 2013 | WILLIAM L. STERN |
| 2 | | CLAUDIA M. VETESI |
| | | LISA A. WONGCHENKO |
| 3 | | MORRISON & FOERSTER LLP |

By: /s/ *William L. Stern*
     WILLIAM L. STERN

Attorneys for Defendant
TURTLE MOUNTAIN, LLC

Dated: July 3, 2013

Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, California 95126

By: /s/ *Ben F. Pierce Gore*
     BEN F. PIERCE GORE

Attorneys for Plaintiff

# ECF ATTESTATION

I, William L. Stern, am the ECF User whose ID and password are being used to file the following: **STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE**.  In compliance with General Order 45, X.B., I hereby attest that Ben F. Pierce Gore has concurred in this filing.

Dated: July 3, 2013       WILLIAM L. STERN
CLAUDIA M. VETESI
LISA A. WONGCHENKO
MORRISON & FOERSTER LLP

By:   /s/ *William L. Stern*
           WILLIAM L. STERN

# [PROPOSED] ORDER

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.  The Case Management Conference scheduled for July 24, 2013 is CONTINUED to Wednesday, January 15, 2014, at 2:00 p.m.  After Defendant has obtained a hearing date for Defendant's Motion to Dismiss, the parties shall file a stipulation to continue the Case Management Conference to the date of the Motion to Dismiss.

Date: July 17, 2013

*Lucy H. Koh*
Lucy H. Koh
United States District Judge