UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KIM AVOY, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TURTLE MOUNTAIN, LLC, <br><br> Defendant. | Case No.: 13-CV-0236-LHK <br><br> ORDER DISMISSING WITH PREJUDICE |

The Court GRANTED Defendant's Motion to Dismiss on February 14, 2014. ECF No. 44. In that Order, the Court granted Plaintiff leave to amend and stated, "If Plaintiff wishes to file an amended complaint addressing the deficiencies identified in this Order, Plaintiff must do so within 21 days of this Order. . . . Plaintiff's failure to file an amended complaint within 21 days of this Order or failure to cure the deficiencies in this Order will result in a dismissal of this case with prejudice." *Id.* at 14. More than 21 days have elapsed, and Plaintiff has not filed any amended complaint. Accordingly, the case is dismissed with prejudice. The Clerk shall close the case file.

**IT IS SO ORDERED.**

Dated: April 10, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-0236-LHK
ORDER DISMISSING WITH PREJUDICE